Tavis McARTHUR, Plaintiff–Appellant,

v.

**STATE FARM MUTUAL AUTOMO-BILE INSURANCE COMPA-NY, Defendant–Appellee.**

**No. 09–4239.**

United States Court of Appeals, Tenth Circuit.

April 11, 2012.

A. Bryce Dixon, Dixon, Truman, Fisher & Clifford, P.C., St. George, UT, for Plaintiff–Appellant.

Stuart H. Schultz, Esq., Andrew D. Wright, Strong & Hanni, Salt Lake City, UT, for Defendant–Appellee.

Before BRISCOE, Chief Judge, BALDOCK and TYMKOVICH, Circuit Judges.

### ORDER AND JUDGMENT*

BOBBY R. BALDOCK, United States Circuit Judge.

The Supreme Court of Utah in *McArthur v. State Farm Mut. Auto. Ins. Co.,*

---

* This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It

2012 UT 22, 274 P.3d 981 (Utah 2012), has answered the two questions we previously certified to that Court pursuant to 10th Cir. R. 27.1 and Utah R.App. P. 41. Those answers resolve this appeal as a matter of law without the need of further factual inquiry by the district court. Accordingly, the judgment of the district court is

AFFIRMED.

may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.